IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-01480-CMA-MJW

KELLY BUSSELL,

Plaintiff(s),

v.

BELL AND WILLIAMS ASSOCIATES. INC.,

Defendant(s).

ORDER SETTING SCHEDULING/PLANNING CONFERENCE

    Due to a conflict on the Court's calendar, it is hereby ORDERED that the Scheduling Conference set on August 25, 2011, at 2:00 p.m., is VACATED and RESET on August 30, 2011, at 8:30 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.   The parties shall file their proposed Scheduling Order on or before August 25, 2011.

Date:  July 25, 201