**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01480-CMA-MJW

KELLY RUSSELL,

    Plaintiff,

v.

BELL and WILLIAMS ASSOCIATES, INC., a Florida corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with the parties' Stipulated Motion to Dismiss With Prejudice (Doc. # 10), signed by the attorneys for the parties, hereto it is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney fees.

DATED: September __13__, 2011

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge